IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:19-CR-00083-KDB-DCK

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANWAR VANCHASS POWELL,<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Count Two of the Bill of Indictment in the above captioned matter. (Doc. No. 13) ("Motion"). The Government moves to dismiss Count Two (Possession of Ammunition by a Felon) pursuant to Federal Rule of Criminal Procedure Rule 48(a) and to "streamline the issues in dispute." *Id.* at 1. After review of the record and for the reasons stated in the Motion, the Court grants the Government's Motion to Dismiss Count Two of the Bill of Indictment.

Defendant had previously filed a Motion to Dismiss and/or Elect Count (Multiplicitous Counts), (Doc. No. 12), asking the Court to dismiss one of the two counts in the Bill of Indictment or merge the two counts into a single count. Having ruled on the Government's Motion, Defendant's motion is now moot.

**IT IS THEREFORE ORDERED:**

1. The Government's Motion, (Doc. No. 13), is **GRANTED** and Count Two of the Bill of Indictment is **DISMISSED**; and

2. Defendant's Motion, (Doc. No. 12), is **DENIED AS MOOT.**

Signed: January 31, 2020

Kenneth D. Bell
United States District Judge